FILED

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | LAZIO FAMILY PRODUCTS, a sole proprietorship located in Eureka, California, on behalf of itself and all others similarly situated | No. C-05-2859-MHP |
|----|---|---|
| 13 | | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | INTEL CORPORATION, a Delaware corporation, | |
| 17 | Defendant. | |

18

19         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20  COUNSEL AS FOLLOWS:

21         Pursuant to Civil Local Rule 6-2, Plaintiff Lazio Family Products and Defendant

22  Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall

23  be due either 60 days after transfer of the above captioned case pursuant to any motion to

24  coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative,

25  45 days after any such motion has been denied.  The parties request this extension of time to

26  answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743

1  (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or

2  consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has

3  been identified as a related action to that petition. As a result the outcome of the pending

4  petition will impact significantly the schedule of this case.

5        This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July ___, 2005
8

9                          Bingham McCutchen LLP

10

11

12                         By:_____
                                    JOY K. FUYUNO
13                               Attorneys for Defendant
                                   Intel Corporation

14 DATED: July ___, 2005

15

16                         The Furth Firm LLP

17

18                         By:_____
                                    ALEX C. TURAN
19                               Attorneys for Plaintiff
20                               Lazio Family Products

21

22

23

24

25

26

1

2    **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3    IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4    Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5    pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6    1407, or, in the alternative, 45 days after any such motion has been denied.

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8    Dated: _____8/2_____, 2005

9

10   _____
     Honorable Marilyn Hall Patel
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627442.1